75,987-04

MARCH 12, 2015

ABEL ACOSTA
COURT CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk

RE: CHANGE OF ADDRESS.

DEAR HONORABLE ACOSTA,

I AM NOTIFYING YOU OF MY CHANGE IN ADDRESS, THERE-FORE, PLEASE SEND ALL CORRESPONDENCE TO THE FOLLOWING;

REUAT R. VARA
NO. 1430165
4250 HWY 201
BEEVILLE, TEXAS 78102

IN ADDITION, COULD YOU PLEASE NOTIFY ME OF THE STATUS OF CAUSE NO. WR-75,987-04.

RESPECTFULLY,

REUAT R. VARA

-1-